SAMUEL WOLFSON, on Behalf of Himself and Other Creditors of FISHKIND REALTY Co., INC., Who May Come into the Action, Respondent, v. SAMFRED

HOLDING CORPORATION and FISHKIND REALTY Co., INC., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.